United States District Court Eastern

Eastern District Of Michigan

Case:2:18-cv-11519
Judge: Cohn, Avern
MJ: Majzoub, Mona K.
Filed: 05-14-2018 At 03:56 PM
CMP Palmer v. City of River Rouge e
t al. (EK)

**Emanuel Palmer**

Plaintiff

Vs.

**City of River Rouge, River Rouge Police Department, Deborah Price,**

**Dasumo Mitchell**

Defendants

## COMPLAINT

**Parties:**

Plaintiff

1) **Emanuel Palmer**, in pro per, current address 3888 19th St., Ecorse MI 48229

Defendants

1)**Dasumo Mitchell** , a police officer for the River Rouge Police Department , official address 10600 W Jefferson Ave , River Rouge , MI , 48218 , is being sued in his individual and/or official capacity.

2) **Deborah Price**, chief of police for the River Rouge Police Department, is being sued in her individual and/or official capacity.

3) **River Rouge Police Department**, located in the municipality of River Rouge, Mi.

4) **City of River Rouge**, a municipality located in the State of Michigan.

**All of the above Defendants acted and continue to act under color of law at all times relevant to this complaint**

**Preliminary Statement:**

This is a civil rights compliant filed by the Plaintiff, Emanuel Palmer, for damages relief under 42 U.S.C.A. sec. 1983 alleging "excessive force" and "deliberate indifference" in violation of the Eighth Amendment to the United States Constitution, also "false arrest", "false imprisonment" and "illegal seizure" in violation to the Fourth Amendment to the United States Constitution plus "retaliation" in violation of the First amendment to the United States Constitution. Also torts of "assault", and "negligence".

**Jurisdiction:**

1.) The court has jurisdiction over the Plaintiffs claims of Federal Constitutional Rights under 42 U.S.C.A. sections 1983, 1331(a), and 1343.
2.) The court has Supplemental Jurisdiction over the Plaintiffs state law tort claims under 28 U.S.C.A. section 1367.

**Facts:**

3.) On or about 5/15/15, at or around 3:00 pm, the plaintiff was seated in his car when Defendant Mitchell and several other officers illegally seized the plaintiff by drawing their guns, and in a boisterous voice ordering the plaintiff out of the vehicle.
4.) The plaintiff asked what happened but was told by defendant Mitchell "shut the fuck up Mr. Ecorse Lawsuit" and that's when the plaintiff was forcefully taken from the vehicle and told to stand by a patrol car.
5.) The Plaintiff once again asked Defendant Mitchell what happened and Defendant Mitchell stated "you got drugs coming through the mail", in which the plaintiff clearly stated "no, no, no, only phones, you made a mistake, uncuff me please".
6.) Defendant Mitchell ignored the Plaintiff and arrested the Plaintiff even after opening the package in violation of Federal Law and seeing that the contents of the package only contained cell phones.
7.) **No charges were ever filed pursuant to the initial seizure of the Plaintiff** but the Plaintiff was later charged with simply not having a license.
8.) The Plaintiff was taken to the River Rouge Police Station causing the Plaintiff extreme anxiety, post-traumatic stress, severe depression, etc.
9.) The Plaintiff requested to go to a psychotic hospital due to the Plaintiffs known severe anxiety, trendies to cause self-harm and repeated attempted suicide but the Plaintiff was only humiliated when Defendant Mitchell pulled out his cell phone and started recording the Plaintiff as he was drugged to a cell in which officers twisted the plaintiffs arm and threw the Plaintiff in his cell causing extreme pain in the plaintiffs shoulder and buttock.
10.) The Plaintiff started to hurt himself by banging his head on the wall , jumping off the bunks and then attempted suicide , but the Plaintiff never received treatment and was stripped naked , even so, the Plaintiff continued self-harm all under the watchful eyes of the Defendants , who were deliberately indifferent by allowing Plaintiff to continue the self-harm and attempted suicide.
11.) The Plaintiff was released several days later, and the Plaintiff sought medical attention.
12.) The Plaintiff later filed a complaint and spoke to Defendant Price, but the complaint was ignored and the Plaintiff was told to leave by Defendant Price.

**Cause of action:**

13) The actions of **Defendant Mitchell** of pulling a gun on Plaintiff, yelling at Plaintiff to exit the vehicle, and assaulting the Plaintiff without probable cause, is a violation of the 4th Amendment to the US Constitution "False Arrest" "False Imprisonment", and the 8th Amendment to the United States constitution "Excessive" Force" and 1st Amendment "Retaliation" also the torts of assault and negligence.

14) The actions of **Defendant Mitchell** of calling the plaintiff "Mr. Ecorse lawsuit " knowing the plaintiff had a pending lawsuit with the Ecorse Police Department, violated the plaintiffs first amendment rights to file a redress of grievances and be free from retaliation .

15) The actions of **Defendant Mitchell** of grabbing and assaulting the plaintiff after sizing the Plaintiff without probable cause violated the eight amendments to the United States constitution, "Excessive Force".

16) The actions of **Defendant Price** of not investigating the complaint filed by the plaintiff and by being indifferent to the known custom of the river rouge police department to seize people without probable cause and the city's police departments continued use of "Excessive Force" , which is also controlled by **Defendants River Rouge police Department** and **Defendant City Of River Rouge** , which did not properly train nor supervise the actions of **Defendant Price** and **Defendant Mitchell** contributed to and/or proximity caused the violations of the 8th ,4th , and 1st , Amendments to the Us constitution and the torts of assault and negligence.

**Relief:**

**$1,000,000 compensatory**

**$1,000,000 Punitive**

**Emanuel Palmer**

**3888 19th St. Ecorse, MI 48229**

**Date:**

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

Case 2:18-cv-11519
Judge: Cohn, Avern
MJ: Majzoub, Mona K.
Filed: 05-14-2018 At 03:56 PM
CMP Palmer v. City of River Rouge e
t al. (EK)

## I. (a) PLAINTIFFS
*Emanuel Palmer*

**(b)** County of Residence of First Listed Plaintiff  *Wayne*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
*In Pro Per*

## DEFENDANTS
*Dasuma Mitchell, Deborah Price, City of River Rouge, River Rouge Police Department*

County of Residence of First Listed Defendant  *Wayne*
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | **PERSONAL INJURY** | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☒ 365 Personal Injury - Product Liability | ☐ 690 Other | |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 830 Patent | ☐ 450 Commerce |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☒ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) |
| | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | **FEDERAL TAX SUITS** | ☐ 490 Cable/Sat TV |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | | ☐ 891 Agricultural Acts |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | | ☐ 893 Environmental Matters |
| | | ☐ 550 Civil Rights | | ☐ 895 Freedom of Information Act |
| | | ☐ 555 Prison Condition | **IMMIGRATION** | ☐ 896 Arbitration |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 462 Naturalization Application | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| | | | ☐ 465 Other Immigration Actions | ☐ 950 Constitutionality of State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:  *USCA 1983*

Brief description of cause:  *Police Misconduct*

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $  *1,000,000*

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE  *5/14/18*   SIGNATURE OF ATTORNEY OF RECORD  *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____